3961 (Rev. 11-13)



STATE OF MICHIGAN
DEPARTMENT OF TREASURY
LANSING

RICK SNYDER
GOVERNOR

NICK A. KHOURI
STATE TREASURER

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:

Michael L Putnam
10390 Miner Road
Parma, MI 49269

Case No. 16-44794
Chapter 13
Hon. Mark A Randon

Debtor

_____

# WITHDRAWAL OF REQUEST FOR PAYMENT OF PRIORITY EXPENSE

The State of Michigan, Department of Treasury, hereby withdraws its request for payment of Priority expense (7-1) in the amount of $5,000.00, dated herein on 8/4/16.

Sandra M. Braun
Departmental Technician
Office of Collections/Bankruptcy